HANSON BRIDGETT LLP
LORI C. FERGUSON - 230586
lferguson@hansonbridgett.com
ADAM HOFMANN - 238476
ahofmann@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
KANAWHA INSURANCE COMPANY, a South Carolina
Corporation

RECEIVED
E-filing
AUG 2 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
ADR

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

KANAWHA INSURANCE COMPANY, a South Carolina Corporation,

Plaintiff,

v.

SHUN-NAN YANG, an individual; KWONG YAP CHAN, an individual; and SHAOBIN ZHENG, an individual sued as administrator for the ESTATE OF ISHUN CHAN,

Defendant.

CV10-03822 PVT

XXXXXXXX[ED] **ORDER DIRECTING DEPOSIT OF STAKE**

28 U.S.C. § 1335

Based upon the Complaint in Interpleader and Notice of and Application for Leave to Deposit Funds into Court Registry, leave is hereby granted for Plaintiff-in-Interpleader Kanawha Insurance Company ("Plaintiff") to deposit with the Court Clerk the amount of one hundred ten thousand dollars and no cents ($110,000.00), made payable to the "Clerk of the United States Court for the Northern District of California," which represents the total current amount of the disputed insurance policy benefits.

IT IS ORDERED that Plaintiff deposit with the Court Clerk the above-described check made payable to "Clerk of the United States Court for the Northern District of California,"

- 1 -

1  totaling the amount of one hundred ten thousand dollars and no cents ($110,000.00).

2  DATED: 11/04/10

                *Patricia V. Trumbull*

                U.S.               JUDGE

- 2 -

[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE

2534417.1