1  HANSON BRIDGETT LLP
   LORI C. FERGUSON - 230586
2  lferguson@hansonbridgett.com
   ADAM HOFMANN - 238476
3  ahofmann@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA 94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Plaintiff
   KANAWHA INSURANCE COMPANY, a South Carolina
7  Corporation

8                    **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

12 | KANAWHA INSURANCE COMPANY, a    | No. CV-10-03822-PVT
   | South Carolina Corporation,     |
13 |                                 | **NOTICE OF TENTATIVE SETTLEMENT
   |             Plaintiff,          | AND REQUEST FOR DEADLINE
14 |                                 | CONTINUANCE; [**xxxxxxxxx**] ORDER**
15 |     v.                          |
   |                                 |
16 | SHUN-NAN YANG, an individual;   |
   | KWONG YAP CHAN, an individual; and |
17 | SHAOBIN ZHENG, an individual sued as |
   | administrator for the ESTATE OF ISHUN |
18 | CHAN,                           |
   |                                 |
19 |             Defendant.          |

20

21      Plaintiff Kanawha Insurance Company ("Plaintiff") wishes to provide the Court notice

22  that the parties have tentatively settled the above-captioned matter in interpleader. Accordingly,

23  Plaintiff respectfully requests that the Court continue the deadlines set forth in this Court's

24  August 26, 2010 Order Setting Initial Case Management Conference and ADR Deadlines ninety

25  (90) days. The purpose of the requested continuance is to allow the parties to focus on finalizing

26  the terms of their settlement and to dismiss the action, without the need for additional litigation

27  activities, in order to better preserve the resources of the parties and the Court.

28      Plaintiff filed this action in interpleader on August 26, 2010, seeking the assistance of the

- 1 -
NOTICE OF TENTATIVE SETTLEMENT AND REQUEST FOR DEADLINE
CONTINUANCE - CV-10-03822-PVT

2700654.1

Court regarding the proper distribution of disputed life insurance proceeds.  At this time, no defendant claimant has appeared in this action or responded to Plaintiff's Complaint.  The Court has not yet granted Plaintiff leave to deposit the disputed funds with the Court, and Plaintiff retains those funds.

Since filing and serving its Complaint, Plaintiff is informed and believes that the defendant claimants have agreed amongst themselves regarding the manner in which Plaintiff should pay the disputed insurance funds.  Accordingly, Plaintiff intends to dismiss the subject action in interpleader as soon defendant claimants' agreement is documented to the satisfaction of all parties.  Plaintiff conservatively estimates that the settlement will be finalized within sixty (60) days, hopefully much less.[1]

In light of these facts, and in order to preserve the resources of the parties in light of the relatively small amount at issue—$110,000.00—Plaintiff requests that the Court continue all pretrial deadlines ninety (90) days.

DATED: October 19, 2010				HANSON BRIDGETT LLP


						By:_____/s/_____
						    ADAM HOFMANN
						    Attorneys for Plaintiff
						    KANAWHA INSURANCE COMPANY

---

[1] In stating this estimate, Plaintiff notes that it has been informed that two of the defendants reside in the State of New York, and one of the defendants resides in the State of Oregon.

**PROPOSED ORDER CONTINUING PRETRIAL DEADLINES**

In light of the request of the Plaintiff and good cause appearing therefore, **IT IS HEREBY ORDERED:**

The Court's August 26, 2010 Order Setting Initial Case Management Conference and ADR Deadlines is hereby amended as follows:

**CASE SCHEDULE-ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 1/17/2011 | Last day to:<br>Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) &<br>ADR L.R. 3-5 |
|  | file ADR Certification signed by Parties and Counsel (form available at httip://www.cand.uscourts.gov) | Civil L.R. 16-8(b) &<br>ADR L.R. 3-5(b) |
|  | file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at httip://www.cand.uscourts.gov) | Civil L.R. 16-8(c) &<br>ADR L.R. 3-5(b) & (c) |
| 1/31/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at httip://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| XXXXXXXX<br>2/08/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 PM | Civil L.R. 16-10 |

**IT IS SO ORDERED**

DATED: ___11/04_____, 2010      BY: *Patricia V. Trumbull*
                                  MAGISTRATE JUDGE PATRICIA V. TRUMBULL